```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                        AT BLUEFIELD
```

**TABITHA A. KEY,**

    Petitioner,

v.                                    CIVIL ACTION NO. 1:05-00096

**DEBORAH HICKEY, Warden,**
**FPC Alderson,**

    Respondent.

## JUDGMENT ORDER

For reasons expressed in the Memorandum Opinion and Order filed this day, the court hereby **DISMISSES** petitioner's Petition under 28 U.S.C. § 2241 and directs the Clerk to remove this case from the court's active docket.

The Clerk is directed to forward a certified copy of this Judgment Order to petitioner, pro se, and to counsel of record.

It is **SO ORDERED** this 19th day of February, 2008.

                ENTER:

                *David A. Faber*
                David A. Faber
                United States District Judge